UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SKUFCA, :
 :
    Plaintiff, :
 :
VS. :
 :
                                                                   09-5650
DAISEY, ET AL., :
     Defendants. : **ORDER OF RE-ASSIGNMENT**
 :
 :
- - - - - - - - - - -

It is on this 1st day of February 2010, on the court's own motion:

ORDERED that the above entitled matter is hereby re-assigned from JUDGE NOEL L. HILLMAN to JUDGE RENÉE MARIE BUMB.

                                                       S/Garrett E. Brown, Jr.
                                     **GARRETT E. BROWN, JR., CHIEF JUDGE**